UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 1:09-cr-117-01 SEB-DKL |
| vs. | ) ) | 1:09-cr-120-01 SEB-DKL |
| MONTE M. LESURE, | ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's February 4, 2013 Report and Recommendation at Docket No. 30, and being duly advised in the premises, now adopts the same as the ruling of the Court. Accordingly, Defendants supervised release is REVOKED. Defendant is sentenced to the custody of the Attorney General or his designee for a period of twenty (20) months. In addition, Defendant's supervised release is TERMINATED. There shall be no period of supervised release following the completion of Defendant's twenty (20) month incarceration.

IT IS SO ORDERED.

Date: 02/25/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record

USPO
Attn: Jason Phillips

USM
Attn: David Campbell